In re Estate of Carsten Nickelsen, deceased, appellant, v. Union Bank of Chicago, appellee. Gen. No. 8,572.

Opinion filed May 25, 1933. Rehearing denied July 6, 1933.

Hermann P. Haase and J. Eugene Barber, for appellant; D. T. Smiley, of counsel. Edwards & Block and Schuyler, Weinfeld & Hennessy, for appellee; Sidney H. Block, of counsel.

Mr. Presiding Justice Wolfe delivered the opinion of the court.